**CARL E.G. ARNOLD, ESQ.**
Nevada Bar No. 8358
**CEGA LAW GROUP**
1771 E. Flamingo Road, Ste #211B
Las Vegas, NV 89119
T (702) 358-1138
F (702) 253-6997
carl@cegalawgroup.com
*Attorney for Plaintiff*
*Brandy Hood*

**VERNON EVANS II, ESQ.**
Nevada Bar No. 14705
**LAWYERS WITH ATTITUDE**
5550 Painted Mirage Rd, Ste #550
Las Vegas, NV 89149
T (702) 881-2212
F (702) 253-6997
*Attorney for Plaintiff*
*Brandy Hood*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **BRANDY HOOD, an individual,** | **Case No.: 2:26-cv-00282-EJY** |
| **Plaintiff,** | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| **vs.** | **[FIRST REQUEST]** |
| **CITY OF NORTH LAS VEGAS,** a municipal entity; **OFFICER NIMI ISAAC,** individually and in his capacity; **OFFICER DAVID MAGANA**, individually and in his capacity; **OFFICERS BETH VEGA**, individually and in her capacity; **OFFICER CHRISTINA LEAKS**, individually and in her capacity; **OFFICER LEO WARNER**, individually and in his capacity, **SERGENT BRENT PALMER**. individually and in his capacity **DOE OFFICERS I–X,** individually and in their official capacities; **ROE SPERVISORS I-X,** inclusive, | |
| **Defendant.** | |

1

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the discovery in the above-captioned case by thirty (30) days, up to and including October 5, 2026. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

1. On February 5, 2026, Plaintiff filed her Civil Rights Complaint for Damages in the United States District Court, District of Nevada. (ECF No. 1).

2. On March 5, 2026, Defendants City of North Las Vegas and Officer Nimi Isaac filed their Answer to Plaintiff's Complaint. (ECF No. 8).

3. On April 9, 2026, the Court entered its Scheduling Order, setting the deadline for the parties to complete discovery for September 5, 2026. (ECF No. 11).

4. On April 21, 2026, Plaintiff served her Initial Disclosure of Witnesses and Documents pursuant to FRCP 26(a).

5. On May 6, 2026, Defendants City of North Las Vegas and Officer Nimi Isaac served their Initial Disclosure of Witnesses and Documents.

6. On June 1, 2026, Plaintiff filed her first motion to Amend her Complaint to add five additional police officer Defendants to this action. *(ECF No. 12).*

7. On June 16, 2026, the Court issued a Minute Order In Chambers Granting Plaintiff's Motion to Amend her Complaint to add five additional police officer Defendants. (ECF No. 13)

8. On June 8, 2026, Plaintiff served her First Request for Admissions to Defendant Nimi Isaac.

9. On June 8, 2026, Plaintiff served her First Request for Admissions to Defendant City of North Las Vegas.

10. On June 8, 2026, Plaintiff served her First Set of Interrogatories to Defendant Nimi Isaac.

11. On June 8, 2026, Plaintiff served her First Set of Interrogatories to Defendant City of North Las Vegas.

12. On June 8, 2026, Plaintiff served her First Set of Requests for Production of Documents to Defendant Nimi Isaac.

2

13. On June 8, 2026, Plaintiff served her First Set of Requests for Production of Documents to Defendant City of North Las Vegas.

14. On June 23, 2026, Plaintiff filed her First Amended Complaint. (ECF No. 14).

## DISCOVERY REMAINING

1. The parties will exchange additional written discovery, including responses to Plaintiff's First Request for Admissions, Interrogatories or Requests for Production of Documents.

2. Plaintiff may take the deposition of Defendant Officer Nimi Isaac and the City's Person(s) Most Knowledgeable.

3. Defendants may take the deposition of Plaintiff and Plaintiff's treating providers, including the Person(s) Most Knowledgeable and/or Custodian of Records for the ER at Valley Hospital.

4. The parties will collect and exchange relevant medical, mental health, and billing records related to the allegations in Plaintiff's Complaint, including records concerning Plaintiff's pregnancy complications and pregnancy loss.

5. The parties will identify and disclose expert witnesses, including any medical experts regarding causation and damages, which is the reason for this Stipulation.

6. The parties may depose any and all other witnesses identified through discovery, including the officers and Persons Most Knowledgeable identified in the parties' respective Initial Disclosures.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension. This Request for an extension of time is not sought to delay the proceedings or for any improper purpose.

Currently, the discovery period is still open and will remain so for months. However, the initial expert Plaintiff thought they were retaining had personal family issues arise suddenly which demanded his time and attention, and he stated he would be unable to fulfill his duties to Plaintiff. Plaintiff's counsel is diligently looking for a replacement expert which is a crucial factor in this case.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension.

Extension or Modification of the Discovery Plan and Scheduling Order. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | September 5, 2026 | October 5, 2026 |
| Deadline to Amend Pleadings or Add Parties | Closed | Closed |
| Expert Disclosure pursuant to FRCP 26(a)(2) | July 5, 2026 | August 4, 2026 |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | August 5, 2026 | September 4, 2026 |
| Dispositive Motions | October 5, 2026 | November 4, 2026 |
| Joint Pretrial Order | November 5, 2026 | December 5, ~~2025~~ **2026** |

WHEREFORE, the parties respectfully request this Court extend the discovery period by 30 days from the current deadline of September 5, 2026, up to and including October 5, 2026, and extend the other dates as outlined in accordance with the table above. In the alternative, please extend the discovery deadline to disclose Expert Witnesses for a period of 30 days from its current deadline of July 5, 2026 to August 4, 2026, with all other dates remaining the same.

/ / /

/ / /

/ / /

/ / /

4

**IT IS SO STIPULATED.**

DATED the 4th day of July, 2026.

DATED the 4th day of July, 2026.

**CEGA LAW GROUP**

**NORTH LAS VEGAS CITY ATTORNEY**

*/s/ Carl E.G. Arnold, Esq.*

*/s/ Madison P Zornes-Vela, Esq.*

**CARL E.G. ARNOLD, ESQ.**

**MADISON P. ZORNES-VELA, ESQ.**

Nevada Bar No. 8358

Nevada Bar No. 13626

1771 E Flamingo Rd #211B

**DANIELLE M. HOLT, ESQ.**

Las Vegas, NV 89119

Nevada Bar No. 13152

*Attorney for Plaintiff Brandy Hood*

2250 Las Vegas Blvd. North, Suite 810

North Las Vegas, Nevada 89030

*Attorneys for Defendants City of North Las*

*Vegas and Officer Nimi Isaac*

**ORDER**

IT IS SO ORDERED.

Dated this 5th day of July, 2026

_____
UNITED STATES MAGISTRATE JUDGE