NORTH LAS VEGAS CITY ATTORNEY
Andy Moore, Nev. Bar No. 9128
City Attorney
Madison P. Zornes-Vela, Nev. Bar No. 13626
Senior Deputy City Attorney
Danielle M. Holt, Nev. Bar No. 13152
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY HOOD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, a municipal entity; OFFICER NIMI ISAAC, individually and in his official capacity; OFFICER DAVID MAGANA, individually and in his official capacity; OFFICER BETH VEGA, individually and in her official capacity; OFFICER CHRISTINE LEAKS, individually and in her official capacity; OFFICER LEO WARNER, individually and in his official capacity; SERGEANT BRENT PALMER, individually and in his official capacity; DOE OFFICERS I-X, individually and in their official capacities ROE SUPERVISORS I-X, Unknown Persons or Entities;<br><br>Defendants. | CASE NO.: 2:26-cv-00282-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE, IN PART, DEFENDANTS' REBUTTAL EXPERT REPORT OF JOHN G. PETERS, JR, PH.D. [ECF No. 20]** |

///

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, BRANDY HOOD ("Plaintiff"), and Defendants CITY OF NORTH LAS VEGAS, NIMIBOFA ISAAC, DAVID MAGANA, BETH VEGA, CHRISTINA LEAKS, LEO WARNER, and BRENT PALMER ("Defendants") (collectively hereinafter the "Parties"), by and through their counsel of record, that the current deadline for Defendants' response to Plaintiff's Motion to Strike, in part, Defendants' Rebuttal Expert Report of John G. Peters, Jr, Ph.D. (ECF No. 20) be continued from October 19, 2026 to October 21, 2026 to allow the Parties to meet and confer to attempt to resolve or narrow the issues in Plaintiff's Motion.

## I. PROPOSED EXTENDED DEADLINES

To allow the parties to meet and confer to attempt to resolve or narrow the issues in Plaintiff's Motion at the Parties' upcoming video conference scheduled for October 19, 2026, the parties respectfully request this Court enter an order as follows:

- Defendants' response to Plaintiff's Motion to Strike, in part, Defendants' Rebuttal Expert Report of John G. Peters, Jr, Ph.D. (ECF No. 20) shall be filed on or before October 21, 2026; and
- Any reply in support of the Motion shall be filed on or before October 28, 2026.

///

///

///

///

///

///

///

This request for an extension is made in good faith and joined by all the parties in this case. Trial is not yet set in this matter. This extension will not delay this case or impact any deadlines in the Scheduling Order.

**IT IS SO STIPULATED.**

DATED: October 15, 2026

NORTH LAS VEGAS CITY ATTORNEY

By *_/s/ Madison Zornes-Vela_*.
Andy Moore, Nev. Bar No. 9128
Madison P. Zornes-Vela, Nev. Bar No. 13626
Danielle M. Holt, Nev. Bar No. 13152
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
(702) 633-1050
*Attorneys for Defendants*

DATED: October 15, 2026

LAWYERS WITH ATTITUDE

By *_/s/ Taelor S. Evans_*.
Taelor S. Evans, Esq.
Vernon Evans II, Esq.
Lawyers With Attitude
5550 Painted Mirage Rd., Suite 510
Las Vegas, Nevada, 89149
(702) 447-9413
*vernon@lwa-legal.com*

And

CEGA Law Group
Carl E.G. Arnold, Esq.
1771 E. Flamingo Road, #211B
Las Vegas, Nevada 89119
(702) 253-6996
carl@cegalawgroup.com

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of October, 2026.

U.S. MAGISTRATE JUDGE



#XFDCXHJK0D8IQGv1