**CARL E.G. ARNOLD, ESQ.**
Nevada Bar No. 8358
**CEGA LAW GROUP**
1771 E. Flamingo Road, Ste #211B
Las Vegas, NV 89119
T (702) 358-1138
F (702) 253-6997
carl@cegalawgroup.com

**TAELOR S. EVANS, ESQ.**
Nevada Bar No. 14704
**VERNON EVANS II, ESQ.**
Nevada Bar No. 14705
**LAWYERS WITH ATTITUDE**
1091 S. Cimarron Rd., Ste A-2
Las Vegas, NV 89145
T (702) 881-2212
F (702) 253-6997
taelor@lwa-legal.com
vernon@lwa-legal.com
*Attorneys for Plaintiff*
*Brandy Hood*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **BRANDY HOOD**, an individual,<br><br>Plaintiff,<br><br>**vs.**<br><br>**CITY OF NORTH LAS VEGAS,** a municipal entity; **OFFICER NIMI ISAAC,** individually and in his capacity; **OFFICER DAVID MAGANA**, individually and in his capacity; **OFFICERS BETH VEGA**, individually and in her capacity; **OFFICER CHRISTINA LEAKS**, individually and in her capacity; **OFFICER LEO WARNER**, individually and in his capacity, **SERGENT BRENT PALMER**. individually and in his capacity **DOE OFFICERS I–X,** individually and in their official capacities; **ROE SUPERVISORS I-X,** inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00282-EJY |

**~~PROPOSED~~ STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 33]**

**(FIRST REQUEST)**

**COMES NOW** Plaintiff, Brandy Hood ("Plaintiff"), and Defendants City of North Las Vegas, Nimibofa Isaac, David Magana, Beth Vega, Christina Leaks, Leo Warner, and Brent Palmer (collectively, "Defendants"), by and through their respective counsel of record, and hereby stipulate and agree to an extension of time for Plaintiff to file her response to Defendants' Motion for Summary Judgment [ECF No. 33].

In support thereof, the parties respectfully state as follows:

1. Defendants filed their Motion for Summary Judgment [ECF No. 33] on November 4, 2026. The current deadline for Plaintiff to file a response is Wednesday, November 25, 2026.

2. The stipulated ten (10) day extension from the current deadline results in a deadline of Saturday, December 5, 2026, pushing the deadline to the next business day, **Monday, December 7, 2026**.

3. This extension is necessitated by scheduling conflicts and staffing changes of Plaintiff's counsel. Counsel requests this additional time to thoroughly review and address the legal arguments raised in Defendants' motion.

4. This is the first request for an extension of time for Plaintiff to respond to Defendants' Motion for Summary Judgment. This request is brought in good faith, is not sought for the purpose of undue delay, and will not alter any other scheduled deadlines in this matter.

**WHEREFORE**, the parties respectfully request that the Court enter an order extending Plaintiff's deadline to file her response to Defendants' Motion for Summary Judgment up to and including **Monday, December 7, 2026.**

**IT IS SO STIPULATED.**

Dated this 19th day of November 2026.

Respectfully submitted,

**CEGA LAW GROUP**
/s/ Carl E.G. Arnold
**CARL E.G. ARNOLD, ESQ.**
Nevada Bar No. 8358
1771 E. Flamingo Road, Ste #211B
Las Vegas, NV 89119
T (702) 358-1138
F (702) 253-6997
carl@cegalawgroup.com

**TAELOR S. EVANS, ESQ.**
Nevada Bar No. 14704
**VERNON EVANS II, ESQ.**
Nevada Bar No. 14705
**LAWYERS WITH ATTITUDE**
1091 S. Cimarron Rd., Ste A-2
Las Vegas, NV 89145
T (702) 881-2212
F (702) 253-6997

*Attorneys for Plaintiff*

**NORTH LAS VEGAS CITY ATTORNEY**
/s/ Madison Zornes-Vela
Andy D. Moore, Nev. Bar No. 9128
Madison P. Zornes-Vela, Nev. Bar No. 13626
Danielle M. Holt, Nev. Bar No. 13152
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2026